Case 2:23-cv-00131   Document 71   Filed on 02/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAX MARTINEZ, *et al.*, § § § Plaintiffs, § § v. § CIVIL ACTION NO. 2:23-CV-00131 § ANTONIO TREVINO, § § § Defendant. § | |

## ORDER

The parties have stipulated for a voluntary dismissal of plaintiff Max Martinez from this case, without prejudice. (Doc. No. 70.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

In accordance with the joint stipulation notice, plaintiff Max Martinez's claim against Defendant Antonio Trevino is **DISMISSED without prejudice**. The Clerk is directed to remove plaintiff Martinez as a plaintiff in this case.

ORDERED on February 20, 2025.

_____
MITCHEL NEUROCK
United States Magistrate Judge